**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Alexander H. Lim, Esq. (297525)
alex@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Manal Ereikat

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANAL EREIKAT,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL & ASSOCIATES, PC,**<br><br>Defendant. | Case No.: 15-cv-3768 WHA<br><br>**JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**<br><br>**HON. WILLIAM ALSUP** |

///
///
///

---

**JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**

Plaintiff MANAL EREIKAT ("Plaintiff") and Defendant MICHAEL & ASSOCIATES, PC ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, Plaintiff filed Plaintiff's Complaint on August 18, 2015 [ECF No. 1];

WHEREAS, Defendant filed an Answer in response to Plaintiff's Complaint on September 14, 2015 [ECF No. 16];

WHEREAS, the Parties amicably resolved the Parties' dispute [*See* ECF No. 26];

WHEREAS, the Parties have complied with all respective obligations as required by Defendant's Offer.

## STIPULATION

The Parties hereby jointly move to dismiss the Action WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Dated: March 10, 2016                                         Respectfully submitted,


**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**MICHAEL & ASSOCIATES, PC**

By: ____/s/ Lisa D. Dubowski___
LISA D. DUBOWSKI, ESQ.
ATTORNEY FOR DEFENDANT

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Dated: March 10, 2016                                  **KAZEROUNI LAW GROUP, APC**

                                                      By: ____/s/ Matthew M. Loker____
                                                              MATTHEW M. LOKER, ESQ.
                                                              ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANAL EREIKAT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL & ASSOCIATES, PC,<br><br>　　　　Defendant. | Case No.: 15-cv-3768 WHA<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>HON. WILLIAM ALSUP |

　　Based upon the Parties' Joint Stipulation, and good cause, this Court hereby orders this Action to be, and is, dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 14, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. William Alsup
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE